No. 466. DANIELS & KENNEDY, INC., *v.* A/S INGER ET AL. C. A. 2d Cir. Certiorari denied. *Joseph M. Soviero, Harry Schecter* and *Harold Klein* for petitioner. *Warner Pyne* and *William A. Wilson* for A/S Inger, and *J. Ward O'Neill* and *David P. H. Watson* for Illinois Atlantic Corp., respondents.

No. 534. MORRIS PLAN CO. OF CALIFORNIA *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Julian O. Von Kalinowski* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for respondent.

No. 538. CAMPISI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome Lewis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 467. ALVADO ET AL. *v.* GENERAL MOTORS CORP. Motion to defer consideration of petition for certiorari and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion and petition. *Harry Montgomery Leet, Sidney S. Berman, Frank Montgomery, Sheldon E. Bernstein, Morton Liftin* and *Joseph M. Stone* for petitioners. *Aloysius F. Power* and *George A. Brooks* for respondent.

No. 62, Misc. LIEBERMAN *v.* OHIO. Supreme Court of Ohio. Certiorari denied.